# United States District Court for the Eastern District of Pennsylvania-**CIVIL**

**REMOVED FROM**
**COMMON PLEAS COURT of PHILADELPHIA COUNTY**

**CITY of PHILADELPHIA**
**Petitioner**

**V.**

**AISHA ASHA BRADLEY**

---

**Oct. Term, 2023**
**Docket No: 2310T0202**

**Property**
**800 SEFFERT STREET, UNIT A**
**OPA # 214088515**
**No. T0202**

# NOTICE OF REMOVAL

# JURY DEMANDED

---

(1)   **Summit Park East, GP,**

Crossclaim-Respondent and or Defendant

(2)   **University City Housing Co ,**

Crossclaim-Respondent and or Defendant

(3)   **JUDGE PATRICK F. DUGAN-State Employee**

Crossclaim-Respondent and or Defendant

(4)   **JUDGE MICHELE D. HANGLEY-State Employee**

Crossclaim-Respondent and or Defendant

(5)   **JUDGE CRYSTAL BRYANT-POWELL-State Employee**

Crossclaim-Respondent and or Defendant

(6)   **ADA JAMES DELLAFIORA-City of Philadelphia Employee**

Crossclaim-Respondent and or Defendant

(7)   **ATTORNEY TRACY TRIPP-Former City of Philadelphia Employee**

Crossclaim-Respondent and or Defendant

(8)   **ATTORNEY AMY KIRBY-Former City of Philadelphia Employee**

Crossclaim-Respondent and or Defendant

(9)   **THOMAS MARRO-City of Philadelphia Employee**

Crossclaim-Respondent and or Defendant

(10)  **DARIN GATTI-Former City of Philadelphia Employee**

Crossclaim-Respondent and or Defendant

**(11) ATTORNEY PHOENICIA WALLACE-State Employee**

Crossclaim-Respondent and or Defendant

**(12) ATTORNEY IRENE BIZOSSO-Former State Employee**

Crossclaim-Respondent and or Defendant

**(13) MICHAEL AMMANN-State Employee**

Crossclaim-Respondent and or Defendant

**(14) SUPERIOR COURT PER CURIAM-**JANE/JOHN DOES for the JULY 11, 2022, ORDER at cases 1166 EDA 2022 and 1167 EDA 2022**-State Employees**

Crossclaim-Respondent and or Defendant

**(15) COMMONWEALTH COURT OF PA PER CURIAM**

JANE/JOHN DOES for the JAN. 10-23, ORDER at cases 1192 CD 2022, 1193 CD 2022, 1194 CD 2022**-State Employees**

Crossclaim-Respondent and or Defendant

**(16) PA SUPREME COURT PER CURIAM** JANE/JOHN DOES for the June 26-23, ORDER at case 12 EM 2023**-State Employees**

Crossclaim-Respondent and or Defendant

**(17) PA SUPREME COURT PER CURIAM** JANE/JOHN DOES for the Aug. 11-23, ORDER at case 43 EM 2023**-State Employees**

Crossclaim-Respondent and or Defendant

**(18) JUDGE MEGAN SULLIVAN (**J-S03006-23/393 EDA 2022**)-State Employee**

Crossclaim-Respondent and or Defendant

**(19) JUDGE MARY JANE BOWES (**J-S03006-23 /393 EDA 2022**) -**

**State Employee**

Crossclaim-Respondent and or Defendant

**(20) JUDGE DANIEL D. MCCAFFERY(**J-S03006-23/393 EDA 2022)**-**

**State Employee**

Crossclaim-Respondent and or Defendant

**(21) JUDGE DANIEL ANDERS-State Employee**

Crossclaim-Respondent and or Defendant

**(22) JUDGE JOSHUA ROBERTS-State Employee**

Crossclaim-Respondent and or Defendant

**(23) Feige Grundman-City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant

**(24)  Jill Freeman-City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant

**(25) Alexandra Desantis-City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant

**(26) Rebecca Rhynhart-Former City of Philadelphia**

**Employee** Crossclaim-Respondent and or Defendant

**(27) PROTHONOTARY JOSEPH SELETYN-State Employee**

Crossclaim-Respondent and or Defendant

**(28) THE COMMONWEALTH OF PENNSYLVANIA**

Crossclaim-Respondent and or Defendant

# NOTICE OF REMOVAL

## to the United States District Court for the Eastern District of Pennsylvania

**TO THE OFFICE OF THE PROTHONOTARY:** Kindly enter Respondent's NOTICE of REMOVAL due to Lack of Jurisdiction, Violation of Federal Laws, and Conflict of Interest for case 2310T0202 at the Common Pleas Court of Philadelphia.

January 18, 2024

(S) _[signature]_

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858/ BRDL3690@GMAIL.COM**

## Appendices

- COVER SHEET-COMPLETED
- DESIGNATION FORM-COMPLETED
- LIST OF DEFENDANTS AS OF JAN 18-24
- MOTION FOR ECF
- MOTION TO BE EXCUSED FROM PRODUCING ORIGINAL DOCS
- ORDER IFP APPROVED AUG 29-23 T0155
- ORDER IFP APPROVED AUG 29-23 T0156
- STATEMENT CONTINUING IFP STATUS  02
- WRIT to JOIN ADDITIONAL DEFENDER-OTHERS FED

**Relief**

Respondent is bringing a counter-claim and cross-claim against Petitioner-City of Philadelphia and Cross-Claim Respondent-The Commonwealth of Pennsylvania pursuant to **42 USCS § 1983**

The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person pursuant to 28 USCS § 1343(a)(1)(2)(3)(4). Respectfully, Respondent request for this matter to be transferred to the United States Court of Appeals for the Third Circuit pursuant to 28 USCS § 1343(a)(1)(2)(3)(4).

Respectfully, Respondent request for this matter to be transferred to the United States District Court for the Eastern District of Pennsylvania due to "**CONFLICT of INTEREST**".

Respondent is bringing a cross claim against the Commonwealth of Pennsylvania, which employees State Judges at the Common Pleas Court of Philadelphia, Pennsylvania Supreme Court, Superior Court and the Commonwealth Court of Pennsylvania; therefore, this matter should be transferred due to "**CONFLICT of INTEREST**".

At cases 230T0155 and 230T0156, Respondent has alleged that State Judges, such as Judge Michele D. Hangley and others have engaged in fraudulent activity.

A State Judge overseeing this matter causes a "**CONFLICT of INTEREST**"; therefore, this matter should be transferred to the United States Court of Appeals for the Third Circuit.

Petitioner Alleges Public Fraud, Judicial Fraud, Corruption, Violations of State Statues, Pennsylvania Constitution, and Pennsylvania Administrative Codes; therefore, is bringing a Civil Action against Petitioner-City of Philadelphia and Cross-Claim Respondent-The Commonwealth of Pennsylvania pursuant to **42 USCS § 1983**.

Also, Petitioner Alleges a Fraudulent Creation of New Law, which Exalted the Status of Administrative Rule **210 Pa. Code § 1115(f)** to a Substantive Objection, that Determined Petitioner's Right to Justice, which is a Violation State Statutes and Administrative Rules such as, **Pa. Code § 105(a)** and or **1 Pa. C.S. § 1928(c),** and or **1 Pa.C.S. § 1921(c), and or** Pa. R.A.P. 124, and or Pa. R.A.P. 124(b) and or **231 Pa. Code § 126**, and or 1 Pa.C.S. §1922(1),(4),(5), allegedly.

The June 26, 2023, Per Curiam Order for cases 12 EM 2023, 50 ET 2023, 51 ET 2023, and 52 ET 2023, that REJECTED Petitioner's Improvidently filed Petition for Allowance to Appeal, which alleged Judicial Fraud, is a decision by the panel of the PA Supreme Court, that is inconsistent with the decision of a different panel of the same court, on the same subject, regarding missteps in following procedural rules being the ends to an appeal.

The prior panels of the PA Supreme Court have decided that procedural rules are NOT substantive objections; therefore, CANNOT be exalted to the status of a substantive objection, which determines someone's right to justice, and to do so with a Per Curiam Order is a fraudulent *Creation of New Law* and violates **Pa. Code § 105(a)** and or **1 Pa. C.S. § 1928(c),** and or **1 Pa.C.S. § 1921(c), and or** Pa. R.A.P. 124, and or Pa. R.A.P. 124(b) and or **231 Pa. Code § 126**, and or 1 Pa.C.S. §1922(1),(4),(5), allegedly

**United States Court of Appeals for the Third Circuit**
**James A. Byrne U.S. Courthouse**
**601 Market Street**
**Philadelphia, PA 19106**

January 18, 2024

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

VERIFICATION

I, **AISHA BRDLEY, Respondent**, verify that the facts set forth in the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties of 18 Pa C.S.A., Section 4904 relating to unsworn falsification to authorities.

January 18, 2024

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

## AFFIDAVIT OF RESPONDENT

I, Aisha Bradley **(Respondent),** being duly sworn according to law, depose and say that the facts stated herein are true and correct to the best of my knowledge and understanding. In any statements that are incorrect or untrue, is in error and not intentional.

January 18, 2024

(s) *[signature]*

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

NOTICE TO PLEAD

Respondent submitted a **Notice of Removal**. You are notified to plead.

Name: Attorney Lauren Burgess          ONE PENN CENTER
Representing: City of Philadelphia      1617 J.F.K. BLVD, Suite 555
                                        Philadelphia, PA 19103

(215) 790-1117 (phone)
(267) 790-1197 (fax)
*Lauren.Burgess@lgbs.com*
Attorney Identification
No. 322108

Date Served: January 18, 2024
Method of Service: Electronic Filing

Name: Attorney Jake O'Donnell          ONE PENN CENTER
Representing: City of Philadelphia      1617 J.F.K. BLVD, Suite 555
                                         Philadelphia, PA 19103

(215) 790-1117 (phone)
NONE             (fax)
*Jake.Odonell@lgbs.com*
Attorney Identification
No. 332005

Date Served: January 18, 2024
Method of Service: Electronic Filing

Name: Attorney Melissa Simola          Suite 100
Representing: Summit Park East          1630 Locust Street
General Partnership                     Philadelphia, PA 19103
 and University City Housing Company

(215) 253-7052 (phone)
(215) 320-2001 (fax)
*MSIMOLA@uchweb.com*
Attorney Identification
No. 208903

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed


Name: William B. Shuey                  15th Floor
Representing: City of Philadelphia      1515 Arch Street
                                        Philadelphia, PA 19102

(215) 683-5440 (phone)
(215) 683-5299 (fax)
 William.Shuey@phila.gov
Attorney Identification
No. 208792

Date Served: January 18, 2024
Method of Service: Electronic Filing and or emailed


**Senior Deputy Attorney General Cara Greenhall**

Torts Attorney for the Commonwealth

1600 Arch Street, Ste. 300

Philadelphia, Pennsylvania 19103

215-560-2414

Date Served: January 18, 2024
Method of Service: Electronic Filing-Emailed

**Solicitor Kristin K. Bray**
Solicitor for the City of Philadelphia
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
Kristin.Bray@Phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing-Emailed

**JUDGE PATRICK F. DUGAN**
**State Employee**
Crossclaim-Respondent and or Defendant
The Justice Juanita Kidd Stout Center for Criminal Justice
1301 Filbert Street,
Suite 1303
Philadelphia, PA 19107
**Patrick.Dugan@courts.phila.gov**

Date Served: January 18, 2024
Method of Service: Electronic Filing- Emailed

**JUDGE CRYSTAL BRYANT-POWELL**
**State Employee**
Crossclaim-Respondent and or Defendant
The Justice Juanita Kidd Stout Center for Criminal Justice
Suite 1210
1301 Filbert Street
Philadelphia, PA 19107
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall

**JUDGE MICHELE D. HANGLEY**
**State Employee**
Crossclaim-Respondent and or Defendant
City Hall
Room 229A
1400 JFK. BLVD
Philadelphia, PA 19107
*hangley.virtualcourtroom@courts.phila.gov*
michele.hangley@courts.phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed

**ADA JAMES DELLAFIORA**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Office of the District Attorney
3 South Penn Square
Philadelphia, PA 19107
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall and Solicitor Bray

**ATTORNEY TRACY TRIPP**
**Former City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Delaware County Public Defender
220 N. JACKSON STREET
MEDIA, PENNSYLVANIA 19063
Kristin.Bray@Phila.gov
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall and Solicitor Bray

**ATTORNEY AMY KIRBY**
**Former City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
Kristin.Bray@Phila.gov
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed AG Greenhall and Solicitor Bray

**THOMAS MARRO**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to Solicitor Bray and AG Greenhall

**DARIN GATTI**
**Former City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to Solicitor Bray and AG Greenhall

**ATTORNEY PHOENICIA WALLACE**
**State Employee**
Crossclaim-Respondent and or Defendant
PA Supreme Court Prothonotary Office
City Hall
Room 468
1400 JFK. BLVD
Philadelphia, PA 19107
*PHOENICIA.WALLACE@pacourts.us*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed

**ATTORNEY IRENE BIZOSSO**
**Former State Employee**
Crossclaim-Respondent and or Defendant
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**MICHAEL AMMANN**
**State Employee**
Crossclaim-Respondent and or Defendant
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**SUPERIOR COURT PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES
for the JULY 11, 2022, ORDER
at cases 1166 EDA 2022 and 1167 EDA 2022
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**COMMONWEALTH COURT OF PA PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES for the JAN. 10-23, ORDER
at cases 1192 CD 2022, 1193 CD 2022, 1194 CD 2022
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**PA SUPREME COURT PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES for the June 26-23, ORDER at case 12 EM 2023
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**PA SUPREME COURT PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES for the Aug. 11-23, ORDER
at case 43 EM 2023
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall

**JUDGE MEGAN SULLIVAN (**J-S03006-23/393 EDA 2022**)**
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
MEGAN.SULLIVAN@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed Sullivan and sent to AG Greenhall

**JUDGE MARY JANE BOWES (**J-S03006-23 /393 EDA 2022**)**
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
MARYJANE.BOWES@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed Bowes and sent to AG Greenhall

**JUDGE DANIEL D. MCCAFFERY (**J-S03006-23/393 EDA 2022)
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
DANIEL.MCCAFFERY@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to Mccaffery and AG Greenhall

**JUDGE DANIEL ANDERS**
**State Employee**
Crossclaim-Respondent and or Defendant
City Hall
Room 529
1400 JFK. BLVD
Philadelphia, PA 19107
*DANIEL.ANDERS@courts.phila.gov*

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing E-filed and or Emailed

**Judge Joshua Roberts**
**State Employee**
Crossclaim-Respondent and or Defendant
City Hall
Room 538
1400 JFK. BLVD
Philadelphia, PA 19107
joshua.roberts@courts.phila.gov
roberts.virtualcourtroom@courts.phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing E-filed and or Emailed

**Feige Grundman**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Divisional Deputy City Solicitor- Right to Know
Legislation and Legal Counsel Unit
City of Philadelphia Law Department
1515 Arch Street 17th Floor
Phila. PA 19102
feige.grundman@phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed


**Jill Freeman**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
City of Philadelphia *Law Department*
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
215-683-5457
Jill.Freeman@phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed


**Alexandra Desantis**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Office of Inspector General
The Curtis Center
Room 300 East
601 Walnut Street
Philadelphia, PA 19106
ALEXANDER.DESANTIS@phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed

**Rebecca Rhynhart**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*


Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed Solicitor Bray and AG Greenhall

**Joseph Seletyn (**J-S03006-23 /393 EDA 2022**)**
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
JOSEPH.SELETYN@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed Seletyn and AG Greenhall

**THE COMMONWEALTH OF PENNSYLVANIA**
Crossclaim-Respondent and or Defendant
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall

January 18, 2024

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

## AVERMENT OF ACCURACY AND COMPLETE REPRESENTATION

I certify that the electronic copy of **RESPONDENT'S** documents is an accurate and complete copy of the paper version.

January 18, 2024

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

## Confidential Information and Confidential Documents. Certification

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

January 18, 2024

(s)

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

## CERTIFICATE of SERVICE

I, AISHA BRADLEY, PRO SE, do hereby certify that I have this day served the foregoing documents by electronic service via electronic filing. Once accepted that completes my service. Under Pa. R.C.P. 205.4(g)(2), service will be completed when the filing is accepted by the Prothonotary.

Name: Attorney Lauren Burgess
Representing: City of Philadelphia

ONE PENN CENTER
1617 J.F.K. BLVD, Suite 555
Philadelphia, PA 19103

(215) 790-1117 (phone)
(267) 790-1197 (fax)
*Lauren.Burgess@lgbs.com*
Attorney Identification
No. 322108

Date Served: January 18, 2024
Method of Service: Electronic Filing

Name: Attorney Jake O'Donnell
Representing: City of Philadelphia

ONE PENN CENTER
1617 J.F.K. BLVD, Suite 555
Philadelphia, PA 19103

(215) 790-1117 (phone)
NONE          (fax)
*Jake.Odonell@lgbs.com*
Attorney Identification
No. 332005

Date Served: January 18, 2024
Method of Service: Electronic Filing

Name: Attorney Melissa Simola                Suite 100
Representing: Summit Park East               1630 Locust Street
General Partnership                          Philadelphia, PA 19103
 and University City Housing Company

(215) 253-7052 (phone)
(215) 320-2001 (fax)
*MSIMOLA@uchweb.com*
Attorney Identification
No. 208903

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed


Name: William B. Shuey                       15th Floor
Representing: City of Philadelphia           1515 Arch Street
                                             Philadelphia, PA 19102

(215) 683-5440 (phone)
(215) 683-5299 (fax)
 William.Shuey@phila.gov
Attorney Identification
No. 208792

Date Served: January 18, 2024
Method of Service: Electronic Filing and or emailed


**Senior Deputy Attorney General Cara Greenhall**
Torts Attorney for the Commonwealth

                                1600 Arch Street, Ste. 300
                                Philadelphia, Pennsylvania 19103
                                                    215-560-2414

Date Served: January 18, 2024
Method of Service: Electronic Filing-Emailed

**Solicitor Kristin K. Bray**
Solicitor for the City of Philadelphia
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
Kristin.Bray@Phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing-Emailed

**JUDGE PATRICK F. DUGAN**
**State Employee**
Crossclaim-Respondent and or Defendant
The Justice Juanita Kidd Stout Center for Criminal Justice
1301 Filbert Street,
Suite 1303
Philadelphia, PA 19107
**Patrick.Dugan@courts.phila.gov**

Date Served: January 18, 2024
Method of Service: Electronic Filing- Emailed

**JUDGE CRYSTAL BRYANT-POWELL**
**State Employee**
Crossclaim-Respondent and or Defendant
The Justice Juanita Kidd Stout Center for Criminal Justice
Suite 1210
1301 Filbert Street
Philadelphia, PA 19107
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall

**JUDGE MICHELE D. HANGLEY**
**State Employee**
Crossclaim-Respondent and or Defendant
City Hall
Room 229A
1400 JFK. BLVD
Philadelphia, PA 19107
*hangley.virtualcourtroom@courts.phila.gov*
michele.hangley@courts.phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed

**ADA JAMES DELLAFIORA**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Office of the District Attorney
3 South Penn Square
Philadelphia, PA 19107
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall and
Solicitor Bray

**ATTORNEY TRACY TRIPP**
**Former City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Delaware County Public Defender
220 N. JACKSON STREET
MEDIA, PENNSYLVANIA 19063
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall and
Solicitor Bray

**ATTORNEY AMY KIRBY**
**Former City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*


Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed AG Greenhall and Solicitor Bray

**THOMAS MARRO**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*


Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to Solicitor Bray and AG Greenhall

**DARIN GATTI**
**Former City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to Solicitor Bray and AG Greenhall

**ATTORNEY PHOENICIA WALLACE**
**State Employee**
Crossclaim-Respondent and or Defendant
PA Supreme Court Prothonotary Office
City Hall
Room 468
1400 JFK. BLVD
Philadelphia, PA 19107
*PHOENICIA.WALLACE@pacourts.us*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed

**ATTORNEY IRENE BIZOSSO**
**Former State Employee**
Crossclaim-Respondent and or Defendant
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**MICHAEL AMMANN**
**State Employee**
Crossclaim-Respondent and or Defendant
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**SUPERIOR COURT PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES
for the JULY 11, 2022, ORDER
at cases 1166 EDA 2022 and 1167 EDA 2022
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**COMMONWEALTH COURT OF PA PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES for the JAN. 10-23, ORDER
at cases 1192 CD 2022, 1193 CD 2022, 1194 CD 2022
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**PA SUPREME COURT PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES for the June 26-23, ORDER at case 12 EM 2023
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**PA SUPREME COURT PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES for the Aug. 11-23, ORDER
at case 43 EM 2023
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall

**JUDGE MEGAN SULLIVAN (**J-S03006-23/393 EDA 2022**)**
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
MEGAN.SULLIVAN@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed Sullivan and sent to
AG Greenhall

**JUDGE MARY JANE BOWES (**J-S03006-23 /393 EDA 2022**)**
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
MARYJANE.BOWES@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed Bowes and sent to
AG Greenhall

**JUDGE DANIEL D. MCCAFFERY (**J-S03006-23/393 EDA 2022)
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
DANIEL.MCCAFFERY@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to Mccaffery and AG
Greenhall

**JUDGE DANIEL ANDERS**
**State Employee**
Crossclaim-Respondent and or Defendant
City Hall
Room 529
1400 JFK. BLVD
Philadelphia, PA 19107
*DANIEL.ANDERS@courts.phila.gov*

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing E-filed and
or Emailed

**Judge Joshua Roberts**
**State Employee**
Crossclaim-Respondent and or Defendant
City Hall
Room 538
1400 JFK. BLVD
Philadelphia, PA 19107
joshua.roberts@courts.phila.gov
roberts.virtualcourtroom@courts.phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing E-filed and
or Emailed

**Feige Grundman**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Divisional Deputy City Solicitor- Right to Know
Legislation and Legal Counsel Unit
City of Philadelphia Law Department
1515 Arch Street 17th Floor
Phila. PA 19102
feige.grundman@phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed


**Jill Freeman**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
City of Philadelphia *Law Department*
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
215-683-5457
Jill.Freeman@phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed


**Alexandra Desantis**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Office of Inspector General
The Curtis Center
Room 300 East
601 Walnut Street
Philadelphia, PA 19106
ALEXANDER.DESANTIS@phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed

**Rebecca Rhynhart**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*


Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed
Solicitor Bray and AG Greenhall


**Joseph Seletyn (**J-S03006-23 /393 EDA 2022**)**
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
JOSEPH.SELETYN@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed Seletyn and AG
Greenhall


**THE COMMONWEALTH OF PENNSYLVANIA**
Crossclaim-Respondent and or Defendant
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall

January 18, 2024

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

United States District Court for the Eastern District of Pennsylvania-**CIVIL**

**REMOVED FROM**
**COMMON PLEAS COURT of PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT of PENNSYLVANIA**
**TRIAL DIVISION-CIVIL**

**CITY of PHILADELPHIA**
**Petitioner**

**V.**

**AISHA ASHA BRADLEY**

**Commonwealth of Pennsylvania**
BCP-23-05-035459
Crossclaim-Respondent and or Defendant

   (1)  **Summit Park East, GP,**

Crossclaim-Respondent and or Defendant

   (2)  **University City Housing Co ,**

Crossclaim-Respondent and or Defendant

   (3)  **JUDGE PATRICK F. DUGAN-State Employee**

Crossclaim-Respondent and or Defendant

---

**October Term, 2023**
**Docket No: 2310T0202**

**Property**
**800 SEFFERT STREET,**
**UNIT A**
**OPA # 214088515**
**No. T0202**

# List of Defendants And Attorneys

---

(4)   **JUDGE MICHELE D. HANGLEY-State Employee**

Crossclaim-Respondent and or Defendant

(5)   **JUDGE CRYSTAL BRYANT-POWELL-State Employee**

Crossclaim-Respondent and or Defendant

(6)   **ADA JAMES DELLAFIORA-City of Philadelphia**

**Employee**

Crossclaim-Respondent and or Defendant

(7)   **ATTORNEY TRACY TRIPP-Former City of**

**Philadelphia Employee**

Crossclaim-Respondent and or Defendant

(8)   **ATTORNEY AMY KIRBY-Former City of Philadelphia**

**Employee**

Crossclaim-Respondent and or Defendant

(9)   **THOMAS MARRO-City of Philadelphia Employee**

Crossclaim-Respondent and or Defendant

(10) **DARIN GATTI-Former City of Philadelphia Employee**

Crossclaim-Respondent and or Defendant

**(11) ATTORNEY PHOENICIA WALLACE-State Employee**

Crossclaim-Respondent and or Defendant

**(12) ATTORNEY IRENE BIZOSSO-Former State Employee**

Crossclaim-Respondent and or Defendant

**(13) MICHAEL AMMANN-State Employee**

Crossclaim-Respondent and or Defendant

**(14) SUPERIOR COURT PER CURIAM-**JANE/JOHN DOES for

the JULY 11, 2022, ORDER at cases 1166 EDA 2022 and 1167

EDA 2022**-State Employees**

Crossclaim-Respondent and or Defendant

**(15) COMMONWEALTH COURT OF PA PER CURIAM**

JANE/JOHN DOES for the JAN. 10-23, ORDER at cases 1192 CD

2022, 1193 CD 2022, 1194 CD 2022**-State Employees**

Crossclaim-Respondent and or Defendant

**(16) PA SUPREME COURT PER CURIAM** JANE/JOHN DOES for

the June 26-23, ORDER at case 12 EM 2023**-State Employees**

Crossclaim-Respondent and or Defendant

**(17) PA SUPREME COURT PER CURIAM** JANE/JOHN DOES for

the Aug. 11-23, ORDER at case 43 EM 2023**-State Employees**

Crossclaim-Respondent and or Defendant

**(18) JUDGE MEGAN SULLIVAN (**J-S03006-23/393 EDA 2022**)-**

**State Employee**

Crossclaim-Respondent and or Defendant

**(19) JUDGE MARY JANE BOWES (**J-S03006-23 /393 EDA 2022**) -**

**State Employee**

Crossclaim-Respondent and or Defendant

**(20) JUDGE DANIEL D. MCCAFFERY(**J-S03006-23/393 EDA 2022)**-**

**State Employee**

Crossclaim-Respondent and or Defendant

**(21) JUDGE DANIEL ANDERS-State Employee**

Crossclaim-Respondent and or Defendant

**(22) JUDGE JOSHUA ROBERTS-State Employee**

Crossclaim-Respondent and or Defendant

**(23) Feige Grundman-City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant

**(24) Jill Freeman-City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant

**(25) Alexandra Desantis-City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant

**(26)** **Rebecca Rhynhart-Former City of Philadelphia**

**Employee** Crossclaim-Respondent and or Defendant

**(27)** **PROTHONOTARY JOSEPH SELETYN-State Employee**

Crossclaim-Respondent and or Defendant

**(28) THE COMMONWEALTH OF PENNSYLVANIA**

Crossclaim-Respondent and or Defendant

VERIFICATION

I, **AISHA BRDLEY, Respondent**, verify that the facts set forth in the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties of 18 Pa C.S.A., Section 4904 relating to unsworn falsification to authorities.

January 18, 2024

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

**AFFIDAVIT OF RESPONDENT**

I, Aisha Bradley **(Respondent),** being duly sworn according to law, depose and say that the facts stated herein are true and correct to the best of my knowledge and understanding. In any statements that are incorrect or untrue, is in error and not intentional.

January 18, 2024

(s) *[signature]*

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

NOTICE TO PLEAD

Respondent submitted a **Notice of Removal**. You are notified to plead.

Name: Attorney Lauren Burgess
Representing: City of Philadelphia

ONE PENN CENTER
1617 J.F.K. BLVD, Suite 555
Philadelphia, PA 19103

(215) 790-1117 (phone)
(267) 790-1197 (fax)
*Lauren.Burgess@lgbs.com*
Attorney Identification
No. 322108

Date Served: January 18, 2024
Method of Service: Electronic Filing

Name: Attorney Jake O'Donnell
Representing: City of Philadelphia

ONE PENN CENTER
1617 J.F.K. BLVD, Suite 555
Philadelphia, PA 19103

(215) 790-1117 (phone)
NONE          (fax)
*Jake.Odonell@lgbs.com*
Attorney Identification
No. 332005

Date Served: January 18, 2024
Method of Service: Electronic Filing

Name: Attorney Melissa Simola
Representing: Summit Park East
General Partnership
and University City Housing Company

Suite 100
1630 Locust Street
Philadelphia, PA 19103

(215) 253-7052 (phone)
(215) 320-2001 (fax)
*MSIMOLA@uchweb.com*
Attorney Identification
No. 208903

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed


Name: William B. Shuey               15th Floor
Representing: City of Philadelphia     1515 Arch Street
                                      Philadelphia, PA 19102

(215) 683-5440 (phone)
(215) 683-5299 (fax)
William.Shuey@phila.gov
Attorney Identification
No. 208792

Date Served: January 18, 2024
Method of Service: Electronic Filing and or emailed

## Senior Deputy Attorney General Cara Greenhall

Torts Attorney for the Commonwealth
                                  1600 Arch Street, Ste. 300
                            Philadelphia, Pennsylvania 19103
                                      215-560-2414

Date Served: January 18, 2024
Method of Service: Electronic Filing-Emailed


## Solicitor Kristin K. Bray

Solicitor for the City of Philadelphia
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**


Date Served: January 18, 2024
Method of Service: Electronic Filing-Emailed

## JUDGE PATRICK F. DUGAN
## State Employee

Crossclaim-Respondent and or Defendant

The Justice Juanita Kidd Stout Center for Criminal Justice
1301 Filbert Street,
Suite 1303
Philadelphia, PA 19107
**Patrick.Dugan@courts.phila.gov**

Date Served: January 18, 2024
Method of Service: Electronic Filing- Emailed

**JUDGE CRYSTAL BRYANT-POWELL**
**State Employee**
Crossclaim-Respondent and or Defendant
The Justice Juanita Kidd Stout Center for Criminal Justice
Suite 1210
1301 Filbert Street
Philadelphia, PA 19107
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall

**JUDGE MICHELE D. HANGLEY**
**State Employee**
Crossclaim-Respondent and or Defendant
City Hall
Room 229A
1400 JFK. BLVD
Philadelphia, PA 19107
*hangley.virtualcourtroom@courts.phila.gov*
michele.hangley@courts.phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed

**ADA JAMES DELLAFIORA**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant

Office of the District Attorney
3 South Penn Square
Philadelphia, PA 19107
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall and
Solicitor Bray

**ATTORNEY TRACY TRIPP**
**Former City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Delaware County Public Defender
220 N. JACKSON STREET
MEDIA, PENNSYLVANIA 19063
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall and
Solicitor Bray

**ATTORNEY AMY KIRBY**
**Former City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*


Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed AG Greenhall and Solicitor Bray


**THOMAS MARRO**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*


Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to Solicitor Bray and AG Greenhall

**DARIN GATTI**
**Former City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
Kristin.Bray@Phila.gov
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to Solicitor Bray and AG Greenhall

**ATTORNEY PHOENICIA WALLACE**
**State Employee**
Crossclaim-Respondent and or Defendant
PA Supreme Court Prothonotary Office
City Hall
Room 468
1400 JFK. BLVD
Philadelphia, PA 19107
*PHOENICIA.WALLACE@pacourts.us*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed

**ATTORNEY IRENE BIZOSSO**
**Former State Employee**
Crossclaim-Respondent and or Defendant
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**MICHAEL AMMANN**
**State Employee**
Crossclaim-Respondent and or Defendant
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**SUPERIOR COURT PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES
for the JULY 11, 2022, ORDER
at cases 1166 EDA 2022 and 1167 EDA 2022
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**COMMONWEALTH COURT OF PA PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES for the JAN. 10-23, ORDER
at cases 1192 CD 2022, 1193 CD 2022, 1194 CD 2022
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**PA SUPREME COURT PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES for the June 26-23, ORDER at case 12 EM 2023
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**PA SUPREME COURT PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES for the Aug. 11-23, ORDER
at case 43 EM 2023
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall

**JUDGE MEGAN SULLIVAN (**J-S03006-23/393 EDA 2022**)**
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
MEGAN.SULLIVAN@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed Sullivan and sent to AG Greenhall

**JUDGE MARY JANE BOWES (**J-S03006-23 /393 EDA 2022**)**
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
MARYJANE.BOWES@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed Bowes and sent to AG Greenhall

**JUDGE DANIEL D. MCCAFFERY (**J-S03006-23/393 EDA 2022)
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
DANIEL.MCCAFFERY@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to Mccaffery and AG Greenhall

**JUDGE DANIEL ANDERS**
**State Employee**
Crossclaim-Respondent and or Defendant
City Hall
Room 529
1400 JFK. BLVD
Philadelphia, PA 19107
*DANIEL.ANDERS@courts.phila.gov*

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing E-filed and or Emailed

**Judge Joshua Roberts**
**State Employee**
Crossclaim-Respondent and or Defendant
City Hall
Room 538
1400 JFK. BLVD
Philadelphia, PA 19107
joshua.roberts@courts.phila.gov
roberts.virtualcourtroom@courts.phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing E-filed and or Emailed

**Feige Grundman**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Divisional Deputy City Solicitor- Right to Know
Legislation and Legal Counsel Unit
City of Philadelphia Law Department
1515 Arch Street 17th Floor
Phila. PA 19102
feige.grundman@phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed


**Jill Freeman**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
City of Philadelphia *Law Department*
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
215-683-5457
Jill.Freeman@phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed


**Alexandra Desantis**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Office of Inspector General
The Curtis Center
Room 300 East
601 Walnut Street
Philadelphia, PA 19106
ALEXANDER.DESANTIS@phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed

**Rebecca Rhynhart**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*


Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed
Solicitor Bray and AG Greenhall

**Joseph Seletyn (**J-S03006-23 /393 EDA 2022**)**
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
JOSEPH.SELETYN@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed Seletyn and AG
Greenhall


**THE COMMONWEALTH OF PENNSYLVANIA**
Crossclaim-Respondent and or Defendant
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall

January 18, 2024

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

## AVERMENT OF ACCURACY AND COMPLETE REPRESENTATION

I certify that the electronic copy of **RESPONDENT'S** documents is an accurate and complete copy of the paper version.

January 18, 2024

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

## Confidential Information and Confidential Documents. Certification

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

January 18, 2024

(s) *[signature]*

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

## CERTIFICATE of SERVICE

I, AISHA BRADLEY, PRO SE, do hereby certify that I have this day served the foregoing documents by electronic service via electronic filing. Once accepted that completes my service. Under Pa. R.C.P. 205.4(g)(2), service will be completed when the filing is accepted by the Prothonotary.

Name: Attorney Lauren Burgess
Representing: City of Philadelphia

ONE PENN CENTER
1617 J.F.K. BLVD, Suite 555
Philadelphia, PA 19103

(215) 790-1117 (phone)
(267) 790-1197 (fax)
Lauren.Burgess@lgbs.com
Attorney Identification
No. 322108

Date Served: January 18, 2024
Method of Service: Electronic Filing

Name: Attorney Jake O'Donnell
Representing: City of Philadelphia

ONE PENN CENTER
1617 J.F.K. BLVD, Suite 555
Philadelphia, PA 19103

(215) 790-1117 (phone)
NONE          (fax)
Jake.Odonell@lgbs.com
Attorney Identification
No. 332005

Date Served: January 18, 2024
Method of Service: Electronic Filing

Name: Attorney Melissa Simola          Suite 100
Representing: Summit Park East          1630 Locust Street
General Partnership                          Philadelphia, PA 19103
 and University City Housing Company

(215) 253-7052 (phone)
(215) 320-2001 (fax)
*MSIMOLA@uchweb.com*
Attorney Identification
No. 208903

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed


Name: William B. Shuey                   15th Floor
Representing: City of Philadelphia       1515 Arch Street
                                               Philadelphia, PA 19102

(215) 683-5440 (phone)
(215) 683-5299 (fax)
 William.Shuey@phila.gov
Attorney Identification
No. 208792

Date Served: January 18, 2024
Method of Service: Electronic Filing and or emailed


**Senior Deputy Attorney General Cara Greenhall**
Torts Attorney for the Commonwealth

                          1600 Arch Street, Ste. 300
                     Philadelphia, Pennsylvania 19103
                                   215-560-2414

Date Served: January 18, 2024
Method of Service: Electronic Filing-Emailed

**Solicitor Kristin K. Bray**
Solicitor for the City of Philadelphia
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**

Date Served: January 18, 2024
Method of Service: Electronic Filing-Emailed

**JUDGE PATRICK F. DUGAN**
**State Employee**
Crossclaim-Respondent and or Defendant
The Justice Juanita Kidd Stout Center for Criminal Justice
1301 Filbert Street,
Suite 1303
Philadelphia, PA 19107
**Patrick.Dugan@courts.phila.gov**

Date Served: January 18, 2024
Method of Service: Electronic Filing- Emailed

**JUDGE CRYSTAL BRYANT-POWELL**
**State Employee**
Crossclaim-Respondent and or Defendant
The Justice Juanita Kidd Stout Center for Criminal Justice
Suite 1210
1301 Filbert Street
Philadelphia, PA 19107
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall

**JUDGE MICHELE D. HANGLEY**
**State Employee**
Crossclaim-Respondent and or Defendant
City Hall
Room 229A
1400 JFK. BLVD
Philadelphia, PA 19107
*hangley.virtualcourtroom@courts.phila.gov*
michele.hangley@courts.phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed

**ADA JAMES DELLAFIORA**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Office of the District Attorney
3 South Penn Square
Philadelphia, PA 19107
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall and Solicitor Bray

**ATTORNEY TRACY TRIPP**
**Former City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Delaware County Public Defender
220 N. JACKSON STREET
MEDIA, PENNSYLVANIA 19063
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall and Solicitor Bray

**ATTORNEY AMY KIRBY**
**Former City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed AG Greenhall and Solicitor Bray

**THOMAS MARRO**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to Solicitor Bray and AG Greenhall

**DARIN GATTI**
**Former City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to Solicitor Bray and AG Greenhall

**ATTORNEY PHOENICIA WALLACE**
**State Employee**
Crossclaim-Respondent and or Defendant
PA Supreme Court Prothonotary Office
City Hall
Room 468
1400 JFK. BLVD
Philadelphia, PA 19107
*PHOENICIA.WALLACE@pacourts.us*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed

**ATTORNEY IRENE BIZOSSO**
**Former State Employee**
Crossclaim-Respondent and or Defendant
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**MICHAEL AMMANN**
**State Employee**
Crossclaim-Respondent and or Defendant
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**SUPERIOR COURT PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES
for the JULY 11, 2022, ORDER
at cases 1166 EDA 2022 and 1167 EDA 2022
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**COMMONWEALTH COURT OF PA PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES for the JAN. 10-23, ORDER
at cases 1192 CD 2022, 1193 CD 2022, 1194 CD 2022
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall


**PA SUPREME COURT PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES for the June 26-23, ORDER at case 12 EM 2023
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to AG Greenhall

**PA SUPREME COURT PER CURIAM**
**State Employees**
Crossclaim-Respondent and or Defendant
JANE/JOHN DOES for the Aug. 11-23, ORDER
at case 43 EM 2023
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall

**JUDGE MEGAN SULLIVAN (**J-S03006-23/393 EDA 2022**)**
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
MEGAN.SULLIVAN@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed Sullivan and sent to
AG Greenhall

**JUDGE MARY JANE BOWES (**J-S03006-23 /393 EDA 2022**)**
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
MARYJANE.BOWES@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed Bowes and sent to AG Greenhall

**JUDGE DANIEL D. MCCAFFERY (**J-S03006-23/393 EDA 2022)
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
DANIEL.MCCAFFERY@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed to Mccaffery and AG Greenhall

**JUDGE DANIEL ANDERS**
**State Employee**
Crossclaim-Respondent and or Defendant
City Hall
Room 529
1400 JFK. BLVD
Philadelphia, PA 19107
*DANIEL.ANDERS@courts.phila.gov*

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing E-filed and or Emailed

**Judge Joshua Roberts**
**State Employee**
Crossclaim-Respondent and or Defendant
City Hall
Room 538
1400 JFK. BLVD
Philadelphia, PA 19107
joshua.roberts@courts.phila.gov
roberts.virtualcourtroom@courts.phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing E-filed and or Emailed

**Feige Grundman**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Divisional Deputy City Solicitor- Right to Know
Legislation and Legal Counsel Unit
City of Philadelphia Law Department
1515 Arch Street 17th Floor
Phila. PA 19102
feige.grundman@phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed

**Jill Freeman**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
City of Philadelphia *Law Department*
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
215-683-5457
Jill.Freeman@phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed

**Alexandra Desantis**
**City of Philadelphia Employee**
Crossclaim-Respondent and or Defendant
Office of Inspector General
The Curtis Center
Room 300 East
601 Walnut Street
Philadelphia, PA 19106
ALEXANDER.DESANTIS@phila.gov

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed

**Rebecca Rhynhart**
Crossclaim-Respondent and or Defendant
ATTN: Solicitor Kristin K. Bray
1515 Arch St.
15th Floor
Philadelphia, Pennsylvania 19102
**Kristin.Bray@Phila.gov**
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing: Electronic Filing-Emailed
Solicitor Bray and AG Greenhall

**Joseph Seletyn (**J-S03006-23 /393 EDA 2022**)**
**State Employee**
Crossclaim-Respondent and or Defendant
530 Walnut St., Suite 315
Philadelphia, PA 19106
JOSEPH.SELETYN@pacourts.us

Date Served: January 18, 2024
Method of Service: Electronic Filing-emailed Seletyn and AG
Greenhall

## THE COMMONWEALTH OF PENNSYLVANIA
Crossclaim-Respondent and or Defendant
ATTN: Senior Deputy Attorney General Cara Greenhall
Ste. 300
1600 Arch Street,
Philadelphia, Pennsylvania 19103
215-560-2414
*Emailed to Senior Deputy AG Cara Greenhall*

Date Served: January 18, 2024
Method of Service: Electronic Filing- emailed to AG Greenhall


January 18, 2024

**Aisha Bradley**
**6225 Ellsworth Street**
**Phila., PA 19143**
**(610)659-7858**
**BRDL3690@GMAIL.COM**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| CITY OF PHILADELPHIA | PLEASE SEE ATTACHEMENT FOR ENTIRE LIST OF DEFENDANTS<br>AISHA BRADLEY, CROSS-CLAIM DEFENDANT COMMONWEALTH OF PA,CROSS-CLAIM SUMMIT PARK |

| (b) County of Residence of First Listed Plaintiff   PHILADELPHIA | County of Residence of First Listed Defendant   PHILADELPHIA |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| LAUREN BURGESS, JAKE O'DONNELL, LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | AISHA BRADLEY IS PRO SE, AND EMAIL DOCS TO AG CARA GREENHALL, MELISSA SIMOLA, KIRSTEN BRAY |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [x] 1   U.S. Government Plaintiff
- [ ] 2   U.S. Government Defendant
- [ ] 3   Federal Question *(U.S. Government Not a Party)*
- [ ] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*     Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[x] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange<br>[ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| | | | **IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USCS § 1961(1)(B), 18 Pa. C.S. § 4911, 18 Pa. C.S. § 5101, 42 U.S.C. § 1983, 18 USCS § 1968 (a)(b)(1)(2)(3)(4)(d)(1)(2)(3)(f)(1)(2)(3)(4)(5)(6)

Brief description of cause:
18 Pa. C.S. § 4911-Tampering with Public Record or Information, 18 Pa. C.S. § 5101-Obstruction to the Administration of Law,Court Retaliation

**VII. REQUESTED IN COMPLAINT:**

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $   700,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions:)*   JUDGE   GENE E.K. PRATTER    DOCKET NUMBER   2:23-cv-05044, 24-cv-15 and 24-c

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| Jan 18, 2024 | /s/ AISHA BRADLEY |

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PLEASE SEE ATTACHEMENT FOR ENTIRE LIST OF DEFENDANTS

### DESIGNATION FORM
*(to be used by counsel to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 1600 JFK BLVD, SUITE 910, PHILADELPHIA PA 19103

Address of Defendant: 6225 ELLSWORTH ST., PHILA. PA 19143/CRSS CLM DFT STE 300, 1600 ARCH ST., PHILA 19103,/CRS CLM DFT STE 100, 1630 LOCUST PHILA. 19103

CROSS CLAIM DEFENDANTS-COMMONWEALTH OF PA, STATE EMPLOYEES, CITY OF PHILA. EMPLOYEES, SUMMIT PARK EAST GP, UNIVERSITY CITY HOUSING CO.

Place of Accident, Incident or Transaction: CITY OF PHILADELPHIA

---

**RELATED CASE IF ANY:**

Case Number: 24-CV-15 & 24-CV-116   Judge: GENE E.K. PRATTER    Date Terminated PENDING/NEW CASE

Civil cases are deemed related when **Yes** is answered to any of the following questions: DO NOT CONSOLIDATE CASES FACTS ARE SLIGHTLY DIFFERENT PURSUANT TO 53 P.S. § 7193.2(a)(1)

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☑   No ☐
FACTS ARE SLIGHTLY DIFFERENT PURSUANT TO 53 P.S. § 7193.2(a)(1)
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit Pending or within one year previously terminated action in this court?    Yes ☐   No ☑
3. Does this case involve the validity or infringement of a patent already in suit or any earlier Numbered case pending or within one year previously terminated action of this court?    Yes ☐   No ☑
4. Is this case a second or successive habeas corpus, social security appeal, or pro se case filed by the same individual?    Yes ☐   No ☑

I certify that, to my knowledge, the within case ☑ **is** /☐ **is not** related to any now pending or within one year previously terminated action in this court except as note above.

DATE: JANUARY 18-24     /s/ AISHA BRADLEY        PRO SE

           *Attorney-at-Law (Must sign above)*        *Attorney I.D. # (if applicable)*

---

**Civil (Place a √ in one category only)**

**A.** *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts)
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Wage and Hour Class Action/Collective Action
6. ☐ Patent
7. ☐ Copyright/Trademark
8. ☐ Employment
9. ☐ Labor-Management Relations
10. ☐ Civil Rights
11. ☐ Habeas Corpus
12. ☐ Securities Cases
13. ☐ Social Security Review Cases
14. ☐ Qui Tam Cases
15. ☒ All Other Federal Question Cases. *(Please specify):* RICO-RACKETERRING CASE

**B.** *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury *(Please specify)*: _____
7. ☐ Products Liability
8. ☐ All Other Diversity Cases: *(Please specify)* _____

PLEASE SEE ATTACHEMENT FOR ENTIRE LIST OF DEFENDANTS

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, AISHA BRADLEY , counsel of record *or* pro se plaintiff, do hereby certify:    JURY DEMANDED

☒ Pursuant to Local Civil Rule 53.2 § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: JANUARY 18-24     /s/ AISHA BRADLEY       PRO SE

         *Attorney-at-Law (Sign here if applicable)*      *Attorney ID # (if applicable)*

NOTE: A trial de novo will be a jury only if there has been compliance with F.R.C.P. 38.