# Gmail

Search mail

Compose

- Inbox — 1,040
- Starred
- Snoozed
- Sent
- Scheduled — 3
- Drafts — 5
- More

Labels

- 1 YOUTUBE VIDEO … — 16
- 1-Fed 2:24-cv-002… — 3
- 1-Fed 24-cv-00015… — 5
- 1-Fed 24-cv-00116 … — 5

1 of 1,711

USPS® Item Delivered, Left with Individual 70191640000058040535  Inbox ×

auto-reply@usps.com
to BRDL3690

1:33 PM (24 minutes ago)

Hello **SIMOLA MOTION TO ADD DEFENDNTS CASES 269 116 15**,

Your item was delivered to an individual at the address at 1:28 pm on January 29, 2024 in PHILADELPHIA, PA 19103.