IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| AISHA ASHA BRADLEY, *et al.*,<br>*Defendants* | : | No. 24-269 |

**ORDER**

AND NOW, this _1st_ of February, 2024, upon consideration of Ms. Bradley's Notice of Removal (Doc. No. 2) and Amended Notice of Removal (Doc. No. 9), and her other pending motions (Doc. Nos. 1, 3, 4, 6, 10, 17), none of which have been opposed, it is hereby **ORDERED**:

1. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1447(c) because this Court lacks subject matter jurisdiction.

2. Ms. Bradley's other pending motions (Doc. Nos. 1, 3, 4, 6, 10, 17) are **DENIED** as **MOOT**.

3. The Clerk of the Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics, and the Clerk of the Court is **DIRECTED** to refrain from filing any more submissions from Ms. Bradley without this Court giving specific authorization to do so.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE